

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 5, 2019

**VIA ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

    Re:    <u>Everytown for Gun Safety Support Fund v. Bureau of Alcohol, Tobacco, Firearms, and Explosives</u>, 18 Civ. 2296 (AJN)

Dear Judge Nathan:

    This Office represents defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives in the above-referenced Freedom of Information Act case commenced by plaintiff Everytown for Gun Safety Support Fund.  The parties' cross-motions for summary judgment were fully briefed as of November 30, 2018, and are pending before the Court.  In accordance with Section 3.H of the Court's Individual Practices, I write respectfully on behalf of the parties to inform the Court that, as of February 28, 2019, 90 days have elapsed since the parties' cross-motions were fully briefed, but the Court has not yet scheduled oral argument nor decided the parties' motions.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    */s/ Tomoko Onozawa*
    TOMOKO ONOZAWA
    Assistant United States Attorney
    Tel: (212) 637-2721
    Fax: (212) 637-2686
    Email: tomoko.onozawa@usdoj.gov

cc:    All Counsel of Record (via ECF)