UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

EVERYTOWN FOR GUN SAFETY SUPPORT
FUND,

              Plaintiff,                            18 Civ. 2296 (AJN)

              v.                              **NOTICE OF APPEAL**

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

              Defendant.

------------------------------------------------------------- x

      Notice is hereby given that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on August 21, 2019.

Dated:    New York, New York               Respectfully submitted,
           October 21, 2019

                                                  GEOFFREY S. BERMAN
                                                  United States Attorney for the
                                                  Southern District of New York
                                                  Attorney for Appellant ATF

                                    By:    /s/ Tomoko Onozawa
                                                  TOMOKO ONOZAWA
                                                  Assistant United States Attorney
                                                  86 Chambers Street
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2721
                                                  Fax: (212) 637-2686
                                                  E-mail: tomoko.onozawa@usdoj.gov

TO:    Clerk of Court
        United States Court of Appeals for the Second Circuit
        United States Courthouse
        40 Foley Square
        New York, New York  10007

        Eric Tirschwell, Esq.
        Alla Lefkowitz, Esq.
        Everytown for Gun Safety Support Fund
        132 East 43rd Street, No. 657
        New York, New York 10017

        Laurence S. Lustberg, Esq.
        Gibbons P.C.
        One Gateway Center
        Newark, New Jersey 07102-5310