UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Everytown for Gun Safety Support Fund,

    Plaintiff,

—v—

Bureau of Alcohol, Tobacco, Firearms and Explosives,

    Defendant.

NOV 0 1 2019

18-cv-2296 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of Plaintiff's consent, Dkt. No. 47, Defendant's request for a stay of the judgment pending appeal is hereby GRANTED. *See* Dkt. No. 46.

SO ORDERED.

Dated: Nov 1, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge