```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4|39|4243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Everytown for Gun Safety Support Fund,

Plaintiff,

–v–

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

Defendant.

18-cv-2296 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the mandate of the United States Court of Appeals for the Second Circuit reversing this Court's Opinion & Order of August 19, 2019 (Dkt. No. 38), and remanding with instructions to enter judgment in favor of ATF. Dkt. No. 50. Within one week, the parties shall file a joint letter informing the Court whether there remains anything more for the Court to address in this case apart from entering judgment as directed by the Court of Appeals.

SO ORDERED.

Dated: February 17, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge