```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/46/4243
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Everytown for Gun Safety Support Fund,

             Plaintiff,

      –v–

Bureau of Alcohol, Tobacco, Firearms, and Explosives,

             Defendant.

18-cv-2296 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

     The Court has received the mandate of the United States Court of Appeals for the Second Circuit reversing this Court's Opinion & Order of August 19, 2019, and remanding with instructions to enter judgment in favor of ATF. Dkt. No. 50. The parties have conferred and informed the Court by joint letter that there is nothing more for the Court to address in this case. Dkt. No. 52. It is therefore ORDERED that judgment shall be entered in favor of ATF. The Clerk of Court is respectfully directed to enter judgment and close the case.

     SO ORDERED.

Dated: February 24, 2021
      New York, New York

                                     ALISON J. NATHAN
                                   United States District Judge