**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Everytown for Gun Safety Support Fund,

                Plaintiff,                       18 **CIVIL** 2296 (AJN)

        -against-                         **JUDGMENT**

Bureau of Alcohol, Tobacco, Firearms and
Explosives,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 24, 2021, the Court has received the mandate of the United States Court of Appeals for the Second Circuit reversing this Court's Opinion & Order of August 19, 2019, and remanding with instructions to enter judgment in favor of ATF. Dkt. No. 50. The parties have conferred and informed the Court by joint letter that there is nothing more for the Court to address in this case. Dkt. No. 52. Judgment is entered in favor of ATF, and the case is closed.

**Dated:**  New York, New York
          February 25, 2021

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                   **Clerk of Court**
                                             **BY:**
                                                                   **Deputy Clerk**